UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00067-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBY WAYNE CUTHAIR,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Tuesday, March 22, 2011, at 10:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    Dated:  February 1, 2011