# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   03-cr-00067-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TOBY WAYNE CUTHAIR,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Supervised Release Violation hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on July 31, 2012, it is hereby

ORDERED that Defendant Toby Wayne Cuthair is sentenced to **TIME SERVED.**

Dated:  July 31, 2012.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE